PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Laura Pearl Woodsbey        Docket No.    0315 1:04CR00041-003

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Laura Pearl Woodsbey, who was placed under pretrial release supervision by the Honorable Susan P. Baxter sitting in the COURT at Erie, Pennsylvania, on the 23rd day of September, 2004, under the following conditions:

The defendant was to report weekly to Pretrial Services as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(Please see attached letter to the Court.)

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the defendant's arrest and a bond revocation hearing be held.

ORDER OF COURT

Considered and ordered this 25th day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
Honorable Maurice B. Cohill, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2005

_____
Dennis P Martin
U.S. Pretrial Services/Probation Officer

_____
Elaine Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place        Pittsburgh