**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.   No. CRIM 04-41 Erie

LAURA PEARL WOODSBEY (3)

*Defendant*

**HEARING ON** Revocation of Bond hearing

Before Judge MAURICE B. COHILL, JR.,

Christian Trabold, AUSA          Thomas W. Patton, AFPD

*Appear for Plaintiff*          *Appear for Defendant*

Hearing begun 10:00  8-9-05          Hearing adjourned to _____

Hearing concluded C. A. V. 10:45 8-9-05          Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*          *For Defendant*

Hearing on Bond Violation Held. Order to be entered.