IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-41 Erie |
| | ) |
| LAURA PEARL WOODSBEY | ) |

## ORDER OF COURT

AND NOW, this 9th day of August, 2005, upon consideration of the Petition for Action on Conditions of Pretrial Release, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's conditions of release are amended as follows:

The Defendant shall be placed in an inpatient drug treatment program selected by Pretrial Services pending her sentencing set for October 5, 2005. The Defendant shall remain in the custody of the United States Marshals Service until Pretrial Services has found a suitable treatment facility. Once Pretrial Services has found a suitable treatment facility and made the necessary arrangements for the Defendant's placement in the facility, the United States Marshals Service will release the Defendant to the custody of Pretrial Services for placement in the selected treatment facility.

MAURICE B. COHILL, JR.
Senior United States District Judge

cc: Thomas W. Patton, AFPD
Christian A. Trabold, AUSA
Dennis P. Martin, Pretrial Services
United States Marshals Service