

# GAUDENZIA ERIE, INC.

### . . . a new beginning

414 W. 5th St. • Erie, PA 16507 • 814/459-4775 • Fax: 814/453-6118 • www.GaudenziaErie.org

9/29/05

Re: Laura Woodsbey

Public Defender: Tom Patton

Laura Woodsbey has been accepted into the Gaudenzia Community House halfway house program as of 9/29/05. The first available bed for Ms. Woodsbey is on 10/23/05. The bed dates are tentative and there is the possibility of that moving up. I will keep you informed if the dates were to change.

Thank you,

Nicole Bolash, BA CCJP CCDP
Program Supervisor

DETOXIFICATION • RESIDENTIAL TREATMENT • DUAL DIAGNOSIS • SHOUT OUTREACH • COMMUNITY HOUSE
PARTIAL DAY TREATMENT • DR. DANIEL S. SNOW HALFWAY HOUSE

Received Time Sep. 29. 10:44AM