## Admission Criteria

1. At least eighteen (18) years of age
2. Assessed as chemically addicted, in need of treatment according to PCPC
3. Not in need of detoxification
4. May be pregnant or have a maximum of two children who are twelve (12) years of age and younger to accompany them
5. Able to understand and follow program rules
6. Able to commit to approximately three (3) months of services and expresses willingness to cooperate and attend all schedule activities
7. And in need of 24 hour structured living to enhance the treatment and recovery process.

*Gaudenzia Erie, Inc., in accordance with Federal Regulation 4.5 C.F.R., provides preference and/or priority for the treatment of pregnant injecting drug users, pregnant substance abusers and injecting drug users.*



"Responsible Love and Concern"
-*Gaudenzia Unwritten Philosophy*

Gaudenzia Erie, Inc.—Community House.....
A New Beginning

Primary Business Address
414 West 5th St.
Erie, PA 16507

Phone: 814-459-5853
Fax: 814-452-3416
Website: www.gaudenziaerie.org
Email: CommunityHse@velocity.net

---

 Gaudenzia Erie, Inc.

Community House for Women and Women With Children



Gaudenzia Erie, Inc.—
Community House.....
A New Beginning

Tel: 814-459-5358 or 814-459-4775

## Program Description

Our goal at Gaudenzia Community House is to provide women with the opportunity to become and stay substance free. Each women's treatment is tailored to the dynamics of their individual needs, including their relationships with family and the potential recovering environment.

The program also strives to eliminate the common barriers women face in seeking and remaining in treatment. Through various therapeutic approaches, women and their families begin to build the strong recovery environment that is needed to maintain themselves as healthy, responsible, productive women in the community.

### Halfway House Services

Our halfway house program provides a safe, supportive and substance free home for women who are actively seeking a substance free lifestyle. Gaudenzia Community House is the only halfway house in the Commonwealth that provides services to addicted women who may pregnant, single, or with children.

The goals of the program are as follows:

- Recovery Maintenance
- Employment
- Schooling
- Establishing independent living
- Personal Growth Skills

### Halfway House Services Con't

The treatment program, which is approximately a ninety-day experience, involves three phases; Introduction, Personal Growth, and Re-Entry into the community. Our program is based around the therapeutic community model, which represents a highly structured environment with defined boundaries, both moral and ethical. People in a therapeutic community are individuals, as in any family setting, not patients, as in an institution. The therapeutic community emphasizes personal growth and a renewed sense of self to begin a life on the road to recovery. This is accomplished by changing an individual's lifestyle through a community of concerned people working to help themselves and each other.

During introduction, a structured environment is introduced to further develop recovery and independent responsibilities, which are encouraging the individual's self-examination into her recovery. Personal growth focuses in education, vocational skills, life skills, parenting, and may include budget management, nutrition, and household management. The individual is required to begin volunteering in the community. The last phase, re-entry, encourages the individual to maintain the training, employment, and/or schooling obtained during treatment. The ultimate goal of this phase focuses on establishing an independent living in a clean, safe sober environment and remaining in aftercare groups.

### Outpatient services

The unique outpatient program offered at Gaudenzia Community House strive to eliminate barriers women face in seeking and remaining active in treatment. The populations we serve are pregnant women, single women, and women with children who are interested in pursuing a substance free lifestyle. The outpatient services are designed to be individualized to coordinate with the daily schedules of each woman, by providing flexible day and evening hours. Elements of the program strategies include supportive childcare services, and transport to and from appointments with the counselor.

The outpatient program is an organized treatment program focusing on learning the process of recovery, building recovery skills and helping the addicted woman come to terms with her problems and the consequences without the use of chemicals. The goal is to help the addicted woman achieve and maintain recovery while maintaining the responsibilities of daily living.





Gaudenzia Erie, Inc.—
Community House......
A New Beginning

Primary Business Address
414 West 5th St.
Erie, PA 16507
Phone: 814-459-5853
Fax: 814-452-3416
Website: www.gaudenziaerie.org