MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.   No. CRIM 04-41 ERIE

LAURA PEARL WOODSBEY (3)

*Defendant*

HEARING ON ..... SENTENCE

Before Judge ..... MAURICE B. COHILL, JR.

Christian Trabold, AUSA          Thomas W. Patton, AFPD

*Appear for Plaintiff*            *Appear for Defendant*

Hearing begun ..... 9:00   10-5-05      Hearing adjourned to .....

Hearing concluded C. A. V. ..... 9:45 10-5-05      Stenographer ..... Mickey Powers

### WITNESSES:

*For Plaintiff*                    *For Defendant*

4|VI., 6-12, 2-3 o.e.; 250-5,000 fine; Rest. $1385,

Defendant is placed on probation for a period of 3 years, and shall be placed in community confinement at Renewal Inc in Pittsburgh. Restitution in the amount of $1,090; Interest waived; fine waived; S.A. of $100.

Count 12 is dismissed as per plea agreement.