```
      UNITED STATES
      DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
         ERIE DIVISION

# 06000326 - JD
     May 1, 2006

Code    Case #    Qty      Amount

JNC FEES 04-41 cr E          15.00 CR

TOTAL →                      15.00


FROM: LAURA MCCLOSKEY
```

CR 04-41 E
special assessment
part payment
$15.00
receipt # 06000326