✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

LAURA PEARL WOODSEY

**NOTICE**

CASE NUMBER: 1:04CR41-003

TYPE OF CASE:
☐ **CIVIL**    X **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania   16501 | DATE AND TIME<br>**Tuesday, August 21, 2007 at 2:30 p.m.** |

| TYPE OF PROCEEDING |
|---|
| Supervised Release Violation Hearing |

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA   16501 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MAURICE B. COHILL, JR.
United States District Judge

July 13, 2007
DATE

s/David J. Chobot
Deputy Clerk

To: