IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 04-41 Erie |
| | ) |
| LAURA PEARL WOODSBEY | ) |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee:' Laura Pearl Woodsbey, 409, Year of Birth: 1969, African American, Female.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 18, United States Code, Section 371.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting disposition of federal probation violations.

5. The above case is set for an initial appearance at Erie, Pennsylvania on July 16, 2007, at 2:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

July 13, 2007                           s/Susan Paradise Baxter
DATE                                    CHIEF UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney