# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America     )
                             )
                             )
                  Plaintiff  )
         vs.                 )    No.    CR 04-41 Erie
Laura Pearl Woodsbey         )
                             )
                             )
                  Defendant  )

**HEARING ON**  July 16, 2007  Initial appearance Sup. Release violation

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq., AUSA          Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                       Appear for Defendant

Hearing Begun  2:00 p.m.                   Hearing Adjourned to
Hearing concluded C.A.V.  2:05             Stenographer  Ron Bench
                                           CD:          Index:

**WITNESSES**

For Plaintiff                              For Defendant

Allegations of petition were explained to dft
by her counsel before hearing. Defendant
advised of hearing date: same.

Supervised release violation hearing scheduled
for August 21, 2007 at 2:30pm before Judge Cohill.