IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
        v.                        )   Criminal No. 04-41 Erie
                                  )
LAURA PEARL WOODSBEY              )

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Laura Pearl Woodsbey, 409, Year of Birth: 1969, African American, Female.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 18 United States Code, Section 371.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting disposition of federal probation violations.

5. The above case is set for an initial appearance at Erie, Pennsylvania on July 16, 2007, at 2:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

July 13, 2007                          s/Susan Paradise Baxter
DATE                                   CHIEF UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 7-16-07
ROBERT V. BARTH, JR., CLERK
By [signature]
Deputy Clerk

UN ~~EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE 16th DAY OF July, 2007, BY TAKING
CUSTODY OF Lauren _____ AT ____:
_____ TRANSPORTING HIM/HER AND
COMMITTING HIM/HER TO Court
_____ ON THE 16th DAY OF July,
20 07~~

T.M. Fitzgerald
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

WRIT NOT NEEDED DUE TO DEFEND. ALREADY IN USMS CUSTODY

JUL 1 8 2007

_____
DEPUTY U.S. MARSHAL

~~EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE ____ DAY OF _____, 20____, BY TAKING
CUSTODY OF _____ AT _____
_____ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO _____
_____ ON THE ____ DAY OF _____,
20 ____~~

_____
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

_____
DEPUTY U.S. MARSHAL

[U.S. DISTRICT COURT CLERK stamp]

'07 JUL 24 A5:10