# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
)
vs. ) CR. 04-41 (3) Erie
Laura Pearl Woodsbey )
)
)
Defendants )

HEARING ON __Probation Revocation Hearing__

Before __Maurice B. Cohill, Jr.__

Chris Trabold, AUSA                    Thomas Patton, AFPD

Appear for Plaintiff                    Appear for Defendant

Hearing Begun __08/21/2007 2:30 pm__    Hrg Adjourned to _____

Hrg concluded C.A.V. __2:41 pm__        Stenographer __Sondra Black__

### WITNESSES
For Plaintiff                            For Defendant

Defendant does not contest the violations. Court finds that the Defendant violated the conditions of her probation. Guidelines show that violations are Grade C, with a criminal history of VI, shows an advisory range of 8 to 14 months.

Probation is Revoked and Defendant is ~~~~ sentenced to 10 months' imprisonment. The Court also will impose a further term of supervised release of 36 months, with the same terms and conditions as originally imposed.

Appeal rights given.