Judgment — Page 2 of 3

DEFENDANT: LAURA PEARL WOODSBEY
CASE NUMBER: 1:04CR00041-003 Erie

## IMPRISONMENT

Probation is REVOKED and,
the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ten (10) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10-15-2007 to FDC PHL

a 700 Arch St., Phila, PA 19106 with a certified copy of this judgment.

RECEIVED

FEB - 5 2008

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

Troy Levi, Warden
UNITED STATES MARSHAL

By _____ ILIE
DEPUTY UNITED STATES MARSHAL