

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 08000286  -  JD
    May 22, 2008


  Code    Case #    Qty      Amount

  IND FELO CR-04-41 E         15.00 CA


  TOTAL→                      15.00



  FROM: LAURA WOODSBEY
```