IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )  Criminal Number 04-41E-3 |
| | ) |
| LAURA WOODSBEY | ) |

The above named defendant satisfied the judgment of JANUARY 05, 2005 by paying on MAY 22, 2008 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  5-30-08
Deputy Clerk                Date